IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREY KRYLUK, individually, and on behalf of all others similarly situated, | : | |
| | : | |
| | : | CIVIL ACTION |
| Plaintiff(s), | : | |
| | : | |
| v. | : | |
| | : | NO.   14-3198 |
| NORTHLAND GROUP, INC, and DOES 1 through 10, inclusive, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *24ᵗʰ* day of *November*, 2014, upon consideration of **(1)** Defendant Northland Group, Inc., et al.'s Motion to Dismiss the Amended Complaint (Docket No. 8), Plaintiff Andrey Kryluk's Response (Docket No. 12), and Defendant's Reply Brief (Docket No. 15); and **(2)** Plaintiff's Motion for Leave to File a Second Amended Complaint (Docket No. 13) and Defendant's Response (Docket No. 14), it is hereby **ORDERED** as follows:

1.    Defendant's Motion to Dismiss is **GRANTED** and the Amended Complaint is **DISMISSED WITH PREJUDICE** in its entirety;

2.    Plaintiff's Motion for Leave to File a Second Amended Complaint is **GRANTED**. Within fourteen (14) days from the date of this Order, Plaintiff shall file a Second Amended Complaint that eliminates all allegations related to the claims dismissed with prejudice from his Amended Complaint, and sets forth only allegations relating to Plaintiff's claim under § 1692f(8) and the Third Circuit's ruling in Douglass, et al. v. Convergent Outsourcing, ___ F.3d __, 2014 WL 4235570 (3d Cir. August 28, 2014).

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.